UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Local 28 Sheet Metal Workers

    Plaintiff(s),

  v.

Alza Corporation

_____Defendant(s)._____/

CASE NO. 05-04758

(~~Proposed~~)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Jason Thompson _____, an active member in good standing of the bar of Michigan _____, whose business address and telephone number is _____ Charfoos & Christensen, 5510 Woodward, Detroit, MI 48202 (313) 875-8080 _____, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Local 28 Sheet Metal Workers.

  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: FEB 0 2 2006

_____
Judge Jeffrey S. White
United States District Judge