United States District Court

For the Northern District of California

1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    IN RE: DITROPAN XL ANTITRUST
     LITIGATION
10                                              CASE NO.  M:06-CV-01761-JSW

11                                              MDL No. 1761
     This Order Relates to:
12
          ALL CASES                            **ORDER OF DISMISSAL RE**
13                                              **DIRECT PURCHASER'S ACTION**

14

15

16    _____/

17

18          On October 11, 2007, this Court issued an order dismissing American Sales Company's

19   ("ASC") second amended class action complaint.  The Court dismissed ASC's complaint

20   against Ortho-McNeil Pharmaceutical, Inc. with prejudice, but provided ASC leave to amend to

21   plead facts to show it could bring an antitrust claim against Alza Corporation, a non-direct

22   seller.  The Court provided ASC twenty-one days to file an amended complaint and advised

23   ASC that if it failed to file an amended complaint within this deadline, its action shall be

24   ///

25   ///

26   ///

27   ///

28   ///

1    dismissed.  The twenty-one deadline has expired and to date, ASC has not filed an amended

2    complaint.  Therefore, the Court HEREBY DISMISSES ASC's action.

3        **IT IS SO ORDERED.**

4

5    Dated: November 14, 2007

        JEFFREY S. WHITE
6        UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2