[Counsel listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOCAL 28 SHEET METAL WORKERS, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALZA CORPORATION, a California Corporation,<br><br>Defendant. | CASE NO: 05-CV-4758<br><br>Consolidated in MDL No. 1761<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING PLAINTIFF LOCAL 28'S COMPLAINT WITH PREJUDICE**<br><br>**Honorable Jeffrey S. White** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Local 28 Sheet Metal Workers ("Local 28") and Defendant Alza Corporation ("Alza"), by and through their counsel of record, respectfully submit the present stipulation dismissing Local 28's complaint in Case No. 05-CV-4758 and the consolidated amended complaint in MDL No. 1761. The parties further agree Local 28 and Alza shall bear their own costs associated with the maintenance and defense of Case No. 05-CV-4758 and all actions consolidated in MDL No. 1761. THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. <u>Dismissal with prejudice.</u>  Plaintiff Local 28 hereby dismisses with prejudice its complaint in Case No. 05-CV-4758 and currently consolidated with other complaints in the action captioned "In re Ditropan XL Antitrust Litigation, MDL No. 1761," presently pending before this Court. Concurrently herewith, Local 28 shall file a voluntary dismissal with prejudice of the consolidated amended complaint in MDL No. 1761, currently pending before this Court.

2. <u>Costs</u>.  Local 28 and Alza shall bear their own costs and fees incurred in the prosecution and defense of Case No. 05-CV-4758 and all actions consolidated in MDL No. 1761. In no event shall any party to Case No. 05-CV-4758 or to MDL No. 1761 be entitled to recover from or be required to pay to any adverse party fees, costs, or any other remuneration emanating out of this

1

STIPULATION AND [PROPOSED] ORDER
DISMISSING PLAINTIFF LOCAL 28'S
COMPLAINT WITH PREJUDICE                                   Case No. 05-CV-4758 (MDL NO. 1761)

action as a result of the instigation, prosecution, defense, or dismissal with prejudice of Case No. 05-CV-4758 and MDL No. 1761.

Dated: December 17, 2007

By: /s/

    Timothy J. Becker
    Stacy K. Hauer
    Brian C. Gudmundson
    ZIMMERMAN REED, P.L.L.P.
    651 Nicollet Mall, Suite 501
    Minneapolis, MN 55402
    Telephone: (612) 341-0400
    Facsimile: (612) 341-0844
    Email: tjb@zimmreed.com
    Email: skh@zimmreed.com
    Email: bcg@zimmreed.com

    Edward A. Wallace
    Mark R. Miller
    WEXLER TORISEVA WALLACE LLP
    One North LaSalle Street, Suite 2000
    Chicago, IL 60602
    Telephone: (312) 346-2222
    Facsimile: (312) 346-0022
    Email: eaw@wtwlaw.us
    Email: mrm@wtwlaw.us

    Mark J. Tamblyn
    WEXLER TORISEVA WALLACE LLP
    1610 Arden Way, Suite 290
    Sacramento, CA 95815
    Telephone: (916) 568- 1100
    Facsimile: (916) 568-7890
    Email: mjt@wtwlaw.us

    Jason J. Thompson
    J. Thompson & Associates, PLC
    26000 W 12 Mile Road
    Southfield, MI 48034
    Telephone: (248) 436-8448
    Email: jthompson@jta-law.com

2

STIPULATION AND [PROPOSED] ORDER
DISMISSING PLAINTIFF LOCAL 28'S
COMPLAINT WITH PREJUDICE    Case No. 05-CV-4758 (MDL NO. 1761)

Jeffrey L. Kodroff
SPECTOR, ROSEMAN & KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
Email: jkodroff@srk-law.com

Ann K. Mandt
David R. Parker
CHARFOOS & CHRISTENSEN, P.C.
5510 Woodward Avenue
Detroit, MI 48202
Telephone: (313) 875-8080
Facsimile: (313) 875-8522
Email: akmandt@c2law.com
Email: drparker@c2law.com

Mike Miller
Stacey Tjon
SOLBERG, STEWART, MILLER & TJON
1129 Fifth Avenue South
Fargo, ND 58103
Telephone: (701) 237-3166
Facsimile: (701) 237-4627
Email: mmiller@solberglaw.com
Email: stjon@solberglaw.com

*Attorneys for Indirect Purchaser Plaintiffs*

3

STIPULATION AND [PROPOSED] ORDER
DISMISSING PLAINTIFF LOCAL 28'S
COMPLAINT WITH PREJUDICE                    Case No. 05-CV-4758 (MDL NO. 1761)

GIBSON, DUNN & CRUTCHER LLP

By: _____/s/_____
    Michael A. Sitzman

M. Sean Royall (admitted *pro hac vice*)
Monique Michal Drake, SBN 167188
Michael A. Sitzman, SBN 156667
GIBSON, DUNN & CRUTCHER LLP
One Montgomery Street, Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309
Email: sroyall@gibsondunn.com
Email: mdrake@gibsondunn.com
Email: msitzman@gibsondunn.com

*Attorneys for Defendant Alza Corporation*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 18, 2007      _____
    Honorable Jeffrey S. White
    United States District Judge

4

STIPULATION AND [PROPOSED] ORDER
DISMISSING PLAINTIFF LOCAL 28'S
COMPLAINT WITH PREJUDICE      Case No. 05-CV-4758 (MDL NO. 1761)